IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 2-25CR0088-Z |
| JOHIAN SCOTT (01)<br>CAMERON NESBITT (02) | |

FILED AUG 28 2025 PM 1:40
FILED - USDC - NDTX - AM

### INDICTMENT

The Grand Jury Charges:

<u>Count One</u>
Conspiracy to Distribute and Possess with Intent to
Distribute 500 Grams or More of Methamphetamine
(Violation of 21 U.S.C. § 846)

Beginning on or about a date unknown to the grand jury and continuing until on or about August 2, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Johian Scott** and **Cameron Nesbitt**, defendants, did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown to the grand jury to commit an offense against the United States, that is, to knowingly and intentionally distribute and possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

**Johian Scott and Cameron Nesbitt**
**Indictment - Page 1**

Count Two
Possession with Intent to Distribute
500 Grams or More of Methamphetamine
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii))

On or about August 2, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Johian Scott** and **Cameron Nesbitt**, defendants, did knowingly and intentionally possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), Title 18 United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

A TRUE BILL:

_____
FOREPERSON

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

_____
JOSHUA FRAUSTO
Assistant United States Attorney
Attorney-in-Charge
Texas State Bar No. 24074228
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Telephone:   806-324-2356
Facsimile:   806-324-2399
E-Mail:      joshua.frausto@usdoj.gov

Johian Scott and Cameron Nesbitt
Indictment - Page 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA
v.
JOHIAN SCOTT (01)
CAMERON NESBITT (02)

INDICTMENT

COUNT 1: CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE 500 GRAMS OR MORE OF METHAMPHETAMINE
Title 21, United States Code, Section 846.

COUNT 2: POSSESSION WITH INTENT TO DISTRIBUTE 500 GRAMS OR MORE OF METHAMPHETAMINE
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii); Title 18, United States Code, Section 2; and *Pinkerton v. United States*, 328 U.S. 640 (1946).

(2 COUNTS)

A true bill rendered:

Amarillo _____ Foreperson

Filed in open court this 28th day of August A.D. 2025.

_____ Clerk

DEFENDANTS IN FEDERAL CUSTODY
(Complaint filed 8/4/2025 – 2:25-MJ-115)

_____
UNITED STATES MAGISTRATE JUDGE